IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KATRINA MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-561-WKW |
| | ) | [WO] |
| RANDOLPH COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On October 10, 2017, the Magistrate Judge filed a Recommendation (Doc. # 9) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 9) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and failure to prosecute this action.

A final judgment will be entered separately.

DONE this 1st day of November, 2017.

                                                 /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE